In re PEABODY. (Supreme Court, Appellate Division, Second Department. May 28, 1901.) In the matter of the application of A. Russell Peabody, an attorney and counselor of all courts of record of Tennessee, to be admitted

and licensed without an examination to practice as an attorney and counselor in the courts of the state of New York. No opinion. Application granted.